UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TYLER ANDERSON,

    Plaintiff,

v.

C.O. SHEEKS, *et al.*,

    Defendants.

Case No. 3:20-cv-00144-RCJ-CLB

**ORDER**

A review of the Court's docket indicates that the documents filed in this matter are identical to those filed in *Anderson v. Sheeks*, Case No. 3:20-cv-00143-MMD-WGC. The record lacks any indication that Plaintiff intended to initiate duplicate litigations of his claims. As the Plaintiff's claims will be considered in Case No. 3:20-cv-143-MMD-WGC, the Court will administratively close this matter.

Therefore,

THE COURT **ORDERS** that the Clerk of the Court administratively close this matter.

THE COURT FURTHER **ORDERS** that the Clerk of the Court shall send a courtesy copy of this order to Plaintiff.

DATED THIS 29th day of April, 2021.

_____
Robert C. Jones
United States District Judge